IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CEDRIC DWAYNE MCMANUS,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

1:26-CV-471-DAB-LPA
1:24-CR-046-DAB-1

## **ORDER**

This matter is before the Court for review of the Order and Recommendation filed on May 27, 2026. *5/27/26 Order and Recommendation of United States Magistrate Judge* (D.E. 32). The Magistrate Judge recommends *sua sponte* dismissal of Petitioner's action without prejudice, permitting petitioner to file a corrected motion on the proper § 2255 forms.

The deadline for objections passed on June 15, 2026, and no parties have objected to the Recommendation.

Because there are no objections, the Court "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. Proc. 72 advisory committee's note). This Court has accordingly reviewed the Recommendation and concludes it contains no clear error.

Accordingly, it is ordered that the Magistrate Judge's Recommendation, *5/27/26 Order and Recommendation*, is adopted and this action is dismissed without prejudice.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 25th day of June, 2026.

*/s/ David A. Bragdon*
United States District Judge